UNITED STATES *versus* LOUIS DEQUINDRE AND ANTOINE DEQUINDRE.

JOURNAL ENTRIES: (1) Sept. 22, 1817: judgment.
PAPERS IN FILE (1817): (1) Precipe for process; (2) capias and return; (3) declaration; (4) bill of costs; (5) revenue bond.
*File No. . . . . Larned Docket*, MS p. 3.

 UNITED STATES *versus* ONE BARREL SPIRITOUS LIQ-UORS AND THIRTY-NINE BARRELS APPLES.

JOURNAL ENTRIES: [None]
PAPERS IN FILE (1818): (1) Published notice, proof of publication. Also see *Transactions 1814–1824*, I, 346, case A-74.
*File No. . . . .*

 UNITED STATES *versus* JAMES THOMAS.

JOURNAL ENTRIES: [None]
PAPERS IN FILE (1818–24): (1) Precipe for capias; (2) capias and return; (3) declaration; (4) precipe for ca. sa.; (5–7) writs of ca. sa. and returns; (8) precipe for alias ca. sa.; (9) alias ca. sa. and return.
*File No. . . . . Larned Docket*, MS p. 1.

 UNITED STATES *versus* SLOOP "NIGHT HAWK".

JOURNAL ENTRIES: [None]
PAPERS IN FILE: See *Transactions 1814–1824*, I, 346, case A-73.
*File No. . . . . Larned Docket*, MS p. 5.

 UNITED STATES *versus* WILLIAM DURELL.

JOURNAL ENTRIES: [None]
PAPERS IN FILE: See *Transactions 1814–1824*, I, 348, case A-80.
*File No. . . . .*

 SETH BARNEY *versus* SCHOONER "COMMODORE DE-CATUR OF DETROIT" (ABRAHAM EDWARDS AND EDWARD BROOKS, OWNERS).

JOURNAL ENTRIES: (1) Oct. 13, 1819: libel filed, summons to owners ordered issued to show cause against attachment, action dismissed.
PAPERS IN FILE: See *Transactions 1814–1824*, I, 350, case A-87.
*File No. . . . . Larned Docket*, MS p. 19.

 UNITED STATES *versus* WILLIAM AUSTIN.

JOURNAL ENTRIES: (1) Oct. 16, 1819: continued, stipulation for judgment if penalty not remitted; (2) Sept. 27, 1821: rule for judgment.
PAPERS IN FILE (1816–21): (1) Capias and return; (2) declaration; (3) precipe for ca. sa.; (4) writ of ca. sa. and return; (5) manifest of the Schooner "Friendship".
*File No. . . . . Larned Docket*, MS p. 2.